UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOHAMMAD KHALIL, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Case No. 1:14-cv-05318 |
| v. ) | |
| ) | Honorable Manish S. Shah |
| DEBT RECOVERY SOLUTIONS, LLC, ) | |
| ) | Magistrate Judge Young B. Kim |
| DEFENDANT. ) | |

## NOTICE OF VOLUNTARY DISMISSSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED to by the Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendant(s) shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Respectfully submitted,

Mohammad Khalil

**Dated: November 18, 2014**    By:    /s/ Michael Jacob Wood

Consumer Protection Law Center, Ltd.
565 W. Adams Street, Suite 635
Chicago, IL 60661
ph: 312.757.1880 | fax: 312.476.1383
mwood@cplc-law.com