UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Mohammad Khalil
                                              Plaintiff,

v.                                                                                   Case No.: 1:14−cv−05318
                                                                                    Honorable Manish S. Shah

Debt Recovery Solutions, LLC
                                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, November 18, 2014:


       MINUTE entry before the Honorable Manish S. Shah: Pursuant to the Notice of Voluntary Dismissal [11] this case is dismissed with prejudice and with each party to bear its own costs and attorney's fees. Terminate civil case. Notices mailed by Judicial Staff. (psm, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.